IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Charles Brandon Baker,** : | |
| : | **Civil Action Number:** |
| **Plaintiff,** : | |
| : | **1:14-cv-03367-LMM** |
| vs. : | |
| : | |
| **Baldwin Paving Company, Inc.,** : | |
| : | |
| **Defendant.** : | |

### SCHEDULING ORDER

Upon review of the parties' Joint Preliminary Report and Discovery Plan, it is hereby ORDERED that the discovery plan contained therein is approved and adopted and it is FURTHER ORDERED that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the matter is hereby placed a six month discovery track.

IT IS SO ORDERED, this 11th day of December, 2014.

_____
Leigh Martin May
Judge, United States District Court