IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

DEC 0 9 2015

JAMES N. HATTEN, Clerk

By ~~~~ Deputy Clerk

CHARLES BRANDON BAKER          :
                              :
        Plaintiff,            :
                              :
v.                            :        CIVIL ACTION NO.
                              :        1:14-CV-3367-LMM
BALDWIN PAVING COMPANY, INC.  :
                              :
        Defendant.            :

## VERDICT FORM

Do you find that Baldwin Paving Company, Inc. established by a preponderance of the evidence that Mr. Baker was exempt from the overtime requirement of the Fair Labor Standards Act?

___✓___ Yes          _____ No


_Mary Catherine Whisnant_
Foreperson

_12-9-15_
Date