UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLES BRANDON BAKER,<br><br>    Plaintiff,<br><br>vs.<br><br>BALDWIN PAVING COMPANY INC.,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:14-cv-3367-LMM |

## JUDGMENT

This action having come before the Court for a trial by jury, the Honorable Leigh Martin May presiding, the issues having been tried, and the jury having rendered its verdict in favor of Defendant Baldwin Paving Company, Inc., it is

**Ordered and Adjudged** that Plaintiff take nothing, that the action be dismissed, and that Defendant recover its costs of the action as allowed by law.

Dated at Atlanta, Georgia this 9th day of December, 2015.

                                      JAMES N. HATTEN
                                      CLERK OF COURT

                     By:  s/Rebecca V. Bachelor
                            Courtroom Deputy Clerk

Prepared & Filed
In the Clerk's Office
December 9, 2015
James N. Hatten
Clerk of Court
By: s/ Rebecca V. Bachelor
Courtroom Deputy Clerk